Same case below, 425 Fed. Appx. 248.

**No. 11-6050. William R. Noack, Petitioner v. YMCA of the Greater Houston Area.**

565 U.S. 953, 132 S. Ct. 425, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7365.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 347.

**No. 11-6060. James Edward Clark, Petitioner v. United States.**

565 U.S. 953, 132 S. Ct. 426, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7425.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 248.

**No. 11-6066. James D. Coningford, Petitioner v. Rhode Island.**

565 U.S. 954, 132 S. Ct. 426, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7274.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 640 F.3d 478.

**No. 11-6067. Ricardo Jose Calderon Lopez, Petitioner v. United States.**

565 U.S. 954, 132 S. Ct. 426, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7371.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6068. Ruben Jordan, Petitioner v. Millicent Warren, Warden.**

565 U.S. 954, 132 S. Ct. 426, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7394.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6076. Derry Thomas, Petitioner v. Willie O. Smith, Warden.**

565 U.S. 954, 132 S. Ct. 426, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7382.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6082. Damon Cooke, Petitioner v. Gary Swarthout, Warden.**

565 U.S. 954, 132 S. Ct. 427, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7389.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 645 F.3d 1096.

**No. 11-6089. James Lamont Moore, Petitioner v. Nevada.**

565 U.S. 954, 132 S. Ct. 427, 181 L. Ed. 2d 277, 2011 U.S. LEXIS 7301.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1161, 373 P.3d 944.